CLEVELAND CITY FORGE AND IRON COMPANY, Respondent, *v.* WINFIELD S. STERN et al., Appellants.

*Cleveland City F. & I. Co.* v. *Stern*, 96 App. Div. 625, affirmed. (Argued December 8, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Eldon Bisbee* for appellants.

*Thaddeus D. Kenneson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J.; GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

ERNEST NEWTON, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Newton* v. *N. Y. Central & H. R. R. R. Co.*, 96 App. 81, affirmed. (Argued December 8, 1905; decided January 9, 1906 )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*A. H. Cowie* for appellant.

*William Townsend* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J.